No. 224. Mahonés et al., Peticionarios, v. Texidor, Juez Distrito San Juan, Sección 1ª., Demandado.—*Certiorari.* Abril 22, 1918. *Sin lugar.*

No. 1779. Chiqués, Apelante, v. Diez, Juez Municipal, Caguas, et al., Demandados, y Santiago, Interventor y Apelados.—*Certiorari.* Humacao. Abril 22, 1918. *Desestimada de oficio la apelación.*

No. 1775. Junta Escolar de Cidra, Apelante, v. Miller, Comisionado de Instrucción, Apelado.—*Mandamus.* San Juan, Sección 2ª. Abril 22, 1918. *Desestimada de oficio la apelación.*

No. 1784. Brown, Apelado, v. Sierra, Apelante.—Cobro de honorarios. San Juan, Sección 2ª. Abril 29, 1918. *Desestimada la apelación por haberse notificado el escrito de apelación a la parte apelada después de haber expirado el plazo legal para ello.*

No. 1792. Pérez et al., Apelantes, v. Los Partícipes en la Sucesión de Enrique Pérez Gutiérrez et al., Apelados.—Nulidad de bienes hereditarios y petición de herencia. Petición de prórroga para radicar la exposición del caso. San Juan, Sección 1ª. Abril 30, 1918. *Confirmada la resolución apelada.*

No. 1232. El Pueblo, Apelado, v. Carrión, Apelante.—Delito contra la salud pública. Arecibo. Mayo 2, 1918. *Confirmada la sentencia apelada.*